```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| DUSTIN HURLBURT, | : |
| Defendant. | :    04-CR-146-A |

## SUPPLEMENTAL STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

The Presentence Report was revised on March 25, 2005.  The government has no objections to the report, as revised.

DATED:    Buffalo, New York,  April  12 , 2005.

                    Respectfully submitted,

                    MICHAEL A. BATTLE
                    United States Attorney

       BY:   s/MaryEllen Kresse
              Assistant U.S. Attorney
              United States Attorney's Office
              Western District of New York
              138 Delaware Avenue
              Buffalo, New York  14202
              (716)843-5700, Ext. 888
              MaryEllen.Kresse@usdoj.gov

TO:  Joel L. Daniels, Esq.

     United States Probation Department
     Attn:  Diane Root
          U.S. Probation Officer

```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| DUSTIN HURLBURT, | : | |
| | : | |
| Defendant | : | 04-CR-146-A |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2005, I electronically filed the **Supplemental Statement of the Government With Respect to Sentencing Factors** with the Clerk of the District Court by using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Joel L. Daniels, Esq.

2. Diane Root
   U.S. Probation Officer

                                        s/SUZANNE V. BUFFAMANTI